IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RALPH STANLEY SANCHEZ, | ) |
| Plaintiff, | ) |
| vs. | ) CV 00-C-0320-E |
| BRENT C. THOMAS, ET AL., | ) |
| Defendants. | ) |

FILED
AUG -7
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
AUG - 7 2000

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 17, 2000, recommending that this action be dismissed for lack of standing. The parties were referred to Rule 72(b).

On August 2, 2000 plaintiff filed "Objection to Findings and Recommendation of Magistrate and, or in the Alternative, Motion to Amend Complaint." Plaintiff's objections are untimely as they were due by July 31, 2000. Nevertheless, the court has considered the objections and the objections are due to be OVERRULED on the merits. Plaintiff's alternative motion to amend complaint is due to be DENIED.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, plaintiff's objections are due to be OVERRULED and this action is due to be DISMISSED. A Final Judgment will be entered.



DONE this the 7th day of August, 2000.

_____
U. W. CLEMON
CHIEF UNITED STATES DISTRICT JUDGE